## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE A. WILSON and<br>HARRY J. WILSON, On Behalf<br>of Themselves and All Others Similarly<br>Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO ADVISORS, LLC,<br>WELLS FARGO SECURITIES, LLC,<br>WELLS FARGO ADVISORS<br>FINANCIAL NETWORK, LLC, and<br>WELLS FARGO DELAWARE TRUST<br>COMPANY,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 1:11-cv-00511-SLR-SRF |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF <u>MARY J. HACKETT</u>

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mary J. Hackett, Esquire, of the law firm Reed Smith LLP, Reed Smith Centre, 225 Fifth Avenue, Pittsburgh, Pennsylvania 15222, as counsel to defendant Wells Fargo Delaware Trust Company, N.A. in this matter.

Dated: May 7, 2012

                                              REED SMITH LLP

                                              <u>/s/ Brian M. Rostocki</u>
                                              Brian M. Rostocki (No. 4599)
                                              1201 Market Street, Suite 1500
                                              Wilmington, DE 19801
                                              Telephone: (302) 778-7500
                                              Fax: (302) 778-7575
                                              brostocki@reedsmith.com

                                              *Counsel for Wells Fargo*
                                              *Delaware Trust Company, N.A*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing as a member of the bars of the Commonwealth of Pennsylvania and the State of New York, and pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk of the District Court upon the filing of this motion.

Dated: May 7, 2012

/s/ Mary J. Hackett
Mary J. Hackett
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3250
Fax: (412) 288-3063
hackett@reeedsmith.com

*Counsel for Defendant Wells Fargo Delaware Trust Company, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DIANE A. WILSON and )
HARRY J. WILSON, On Behalf )
of Themselves and All Others Similarly Situated, )
)
Plaintiffs, )
)
v. ) C.A. No. 1:11-cv-00511-SLR-SRF
)
WELLS FARGO ADVISORS, LLC, )
WELLS FARGO SECURITIES, LLC, )
WELLS FARGO ADVISORS )
FINANCIAL NETWORK, LLC, and )
WELLS FARGO DELAWARE TRUST )
COMPANY, )
)
Defendants. )

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this ___ day of May, 2012 that the Motion for Admission *Pro Hac Vice* of Mary J. Hackett is granted.

---

Sherry R. Fallon
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2012, I electronically filed the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MARY J. HACKETT** with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Brian M. Rostocki
Brian M. Rostocki (No. 4599)

*Counsel for Defendant Wells Fargo Delaware Trust Company, N.A*