**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DIANE A. WILSON and<br>HARRY J. WILSON, On Behalf<br>of Themselves and All Others Similarly<br>Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO ADVISORS, LLC,<br>WELLS FARGO SECURITIES, LLC,<br>WELLS FARGO ADVISORS<br>FINANCIAL NETWORK, LLC, and<br>WELLS FARGO DELAWARE TRUST<br>COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:11-cv-00511-SLR-SRF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF
<u>DAVID C. POWELL</u>**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David C. Powell, Esquire, of the law firm Reed Smith LLP, 101 Second Street, Suite 1800, San Francisco, California 94105, as counsel to Defendants Wells Fargo Advisors, LLC, Wells Fargo Securities, LLC and Wells Fargo Advisors Financial Network, LLC in this matter.

Dated:  May 7, 2012

REED SMITH LLP

*/s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Fax: (302) 778-7575
brostocki@reedsmith.com

*Counsel for Defendants Wells Fargo
Advisors, LLC, Wells Fargo
Securities, LLC, and Wells Fargo
Advisors Financial Network, LLC*

US_ACTIVE-109376561.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk of the District Court upon the filing of this motion.

Dated: May 7th, 2012

David C. Powell, Esquire
REED SMITH LLP
101 Second Avenue, Suite 1800
San Francisco, CA 94105
Telephone: (415) 573-8700
Fax: (415) 391-8629
dpowell@reeedsmith.com

*Counsel for Defendants Wells Fargo Advisors, LLC, Wells Fargo Securities, LLC and Wells Fargo Advisors Financial Network, LLC*