IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE A. WILSON and HARRY J. WILSON,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO ADVISORS, LLC, WELLS FARGO SECURITIES, LLC, WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, and WELLS FARGO DELAWARE TRUST COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 11-511-SLR/SRF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 19th day of November, 2012, having considered the Report and Recommendation of United States Magistrate Judge Sherry R. Fallon issued on October 22, 2012, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 18) is adopted.

2. Defendants' motions to dismiss (D.I. 4, 6) are granted.

                                                _____
                                                United States District Judge